| AO 10 Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2011 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) MEDLER, MARY ANN L. | 2. Court or Organization USDC, Eastern District of MO | 3. Date of Report 07/12/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Magistrate Judge (Full-Time) | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☑ Amended Report | 6. Reporting Period 01/01/2011 to 12/31/2011 |

**7. Chambers or Office Address**

U.S. District Court
111 So.Tenth Street, 13 South
St. Louis, Missouri 63102

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Revocable Trust - See Part VIII |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1985 | City of St. Louis Pension; payable monthly after age 65 |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| MEDLER, MARY ANN L. | 07/12/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011 | N.Y. Life: Annuity | $977.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MEDLER, MARY ANN L. | 07/12/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MEDLER, MARY ANN L. | 07/12/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. *United Missouri Bank of St. Louis Account | A | Interest | J | T | | | | | |
| 2. *MERRILL LYNCH - Brokerage | E | Dividend | P1 | T | | | | | |
| 3. -Davis NY Venture | | None | J | T | | | | | |
| 4. -Fidelity Adv. Emerging | A | Distribution | J | T | | | | | |
| 5. -ING Global Real Estate | A | Dividend | J | T | | | | | |
| 6. -Prudential Jennison | | None | J | T | | | | | |
| 7. -American Investment Co. of America | C | Dividend | M | T | | | | | |
| 8. -American Capital Income Builder | B | Dividend | K | T | | | | | |
| 9. -American Capital World Growth and Income Fund | B | Dividend | L | T | | | | | |
| 10. -American Income Fund of America | C | Dividend | L | T | | | | | |
| 11. -American Smallcap World Fund | | None | K | T | | | | | |
| 12. -American Growth Fund | | None | L | T | | | | | |
| 13. -Columbia Marsico 21st Century | | None | M | T | | | | | |
| 14. -American New Perspective | | None | K | T | | | | | |
| 15. -Aberdeen Small Cap Fund | A | Dividend | L | T | | | | | |
| 16. -Federated Kaufman Fund | C | Distribution | M | T | | | | | |
| 17. -Franklin Federal Interm | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MEDLER, MARY ANN L. | 07/12/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Franklin Missouri | D | Dividend | M | T | | | | | |
| 19. -Goldman Sachs Capital Growth Fund | | None | M | T | | | | | |
| 20. -Lord Abbott Alpha | A | Distribution | M | T | Sold (part) | 10/26/11 | L | E | |
| 21. -Oppenheimer Rochester | D | Dividend | L | T | | | | | |
| 22. -Thornburg Inc. Builder | A | Dividend | M | T | Buy | 11/22/11 | M | | |
| 23. *JOHN HANCOCK FINANCIAL SERVICES (IRA) | | None | M | T | | | | | |
| 24. -T. Rowe Price Associates (Science & Technology) | | | | | | | | | |
| 25. -T.Rowe Price Associates (Small Co. Value) | | | | | | | | | |
| 26. -MFC Short Term Government,Inc. dba John Hancock Asset Mgmt. | | | | | | | | | |
| 27. -Frontier/Perimeter J H Asset Mgmt. (smaller company growth) | | | | | | | | | |
| 28. -Wellington Mgmt. (Midcap) | | | | | | | | | |
| 29. -T. Rowe Price Associates (mid value) | | | | | | | | | |
| 30. -Amer.Funds (Am Blue Chip) | | | | | | | | | |
| 31. -Amer. Funds (Growth-Income) | | | | | | | | | |
| 32. * Commerce Bank Account I | A | Interest | J | T | | | | | |
| 33. * Commerce Bank Account II | A | Interest | M | T | | | | | |
| 34. *TRANSAMERICA FINANCIAL ADVISORS (TFA) (IRA) | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MEDLER, MARY ANN L. | 07/12/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. *TFA IRA II | C | Int./Div. | M | T | | | | | |
| 36. -Covanta Holding Corp. (CVA) | | | | | Sold (part) | 10/19/11 | J | | |
| 37. -The Western Union Co. (WU) | | | | | Buy (add'l) | 12/22/11 | J | | |
| 38. -The Western Union Co. (WU) | | | | | Sold (part) | 10/19/11 | J | | |
| 39. -Host Hotels & Resorts Inc (HST) | | | | | Sold (part) | 09/01/11 | J | | |
| 40. -Host Hotels & Resorts Inc (HST) | | | | | Sold (part) | 10/19/11 | J | | |
| 41. -Wabtec Corp. (WAB) | | | | | Sold (part) | 10/19/11 | K | | |
| 42. -Waddell & Reed Financial (WDR) | | | | | Sold (part) | 10/19/11 | J | | |
| 43. -Southern Union Co. (SUG) | | | | | Sold (part) | 12/21/11 | J | | |
| 44. -Brinks Co (BCO) | | | | | Sold | 06/16/11 | J | | |
| 45. -Edwards Lifesciences Corp. (EW) | | | | | Sold | 08/25/11 | K | D | |
| 46. -HCC Ins. Hldgs. Inc. (HCC) | | | | | Sold (part) | 10/19/11 | J | D | |
| 47. -Idex (IEX) | | | | | Sold (part) | 10/19/11 | J | | |
| 48. -Jacobs Engr. Group (JEC) | | | | | Sold (part) | 10/19/11 | K | C | |
| 49. -KinderMorgan Mgmt (KMR) | | | | | Sold (part) | 11/01/11 | J | C | |
| 50. -Kroger Co (KR) | | | | | Sold (part) | 10/19/11 | J | B | |
| 51. -Partnerre Ltd. (PRE) | | | | | Sold (part) | 10/19/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MEDLER, MARY ANN L. | 07/12/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Pioneer Nat. Res. Co. (PXD) | | | | | Sold (part) | 10/19/11 | J | A | |
| 53. -Roper Indus. Inc. (ROP) | | | | | Sold (part) | 10/19/11 | J | A | |
| 54. -Ross Stores Inc. (ROST) | | | | | Sold (part) | 10/19/11 | J | D | |
| 55. -Sei Investments (SEIC) | | | | | Sold (part) | 10/19/11 | J | | |
| 56. -Weatherford Intl. Ltd. (WFT) | | | | | Sold (part) | 10/19/11 | J | | |
| 57. -Brandywine Realty Trust (BDN) | | | | | Sold | 08/31/11 | J | | |
| 58. -Carter Inc (CRI) | | | | | Buy (add'l) | 06/03/11 | J | | |
| 59. -Carter Inc (CRI) | | | | | Sold (part) | 12/05/11 | J | A | |
| 60. -General Cable Corp (BGC) | | | | | Sold (part) | 10/19/11 | J | | |
| 61. -General Cable Corp (BGC) | | | | | Buy (add'l) | 11/01/11 | J | | |
| 62. -Hexcel Corp (HXL) | | | | | Sold (part) | 10/19/11 | J | A | |
| 63. -Euronet Worldwide Inc (EEFT) | | | | | Sold (part) | 10/19/11 | J | | |
| 64. -Chart Inds Inc (GTLS) | | | | | Sold (part) | 10/19/11 | J | | |
| 65. -Valeant Pharmaceuticals Intl (URX) | | | | | Sold (part) | 10/19/11 | J | D | |
| 66. -Global Payments Inc (GPN) | | | | | Sold (part) | 11/30/11 | J | | |
| 67. -Key Energy Services (KEG) | | | | | Buy | 01/04/11 | J | | |
| 68. -Key Energy Services (KEG) | | | | | Sold (part) | 10/19/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MEDLER, MARY ANN L. | 07/12/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -NeuStar (NSR) | | | | | Buy (add'l) | 04/05/11 | J | | |
| 70. -NeuStar (NSR) | | | | | Sold (part) | 10/12/11 | J | | |
| 71. -NeuStar (NSR) | | | | | Sold (part) | 10/19/11 | J | | |
| 72. -Big Lots (BIG) | | | | | Sold (part) | 10/19/11 | J | | |
| 73. -Reliance Stl & Alum (RS) | | | | | Buy (add'l) | 06/13/11 | J | | |
| 74. -Reliance Stl & Alum (RS) | | | | | Sold (part) | 10/19/11 | J | | |
| 75. -Albemarle Corp (ALB) | | | | | Buy | 09/23/11 | J | | |
| 76. -Albemarle Corp (ALB) | | | | | Sold (part) | 10/19/11 | J | | |
| 77. -Carefusion Corp (CFN) | | | | | Buy | 05/12/11 | J | | |
| 78. -Carefusion Corp (CFN) | | | | | Sold (part) | 10/19/11 | J | | |
| 79. -Cit Group Inc (CIT) | | | | | Buy | 05/20/11 | J | | |
| 80. -Cit Group Inc (CIT) | | | | | Sold (part) | 10/19/11 | J | | |
| 81. -PVH Corp (PVH) | | | | | Buy | 08/03/11 | J | | |
| 82. -PVH Corp (PVH) | | | | | Buy (add'l) | 08/25/11 | J | | |
| 83. -PVH Corp (PVH) | | | | | Sold (part) | 10/03/11 | J | | |
| 84. -PVH Corp (PVH) | | | | | Sold (part) | 10/19/11 | J | | |
| 85. -Lazard Ltd. (Limited Partnership) | | | | | Buy | 07/05/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MEDLER, MARY ANN L. | 07/12/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Lazard Ltd. (Limited Partnership) | | | | | Sold | 07/07/11 | J | | |
| 87. *TFA IRA IV | | | | | Closed | 09/09/11 | N | D | |
| 88. -ATP Oil & Gas (ATPG) | | | | | Sold | 09/09/11 | J | | |
| 89. -Bank of America (BAC) | | | | | Sold | 09/09/11 | J | A | |
| 90. -Barnes & Noble (BKS) | | | | | Sold | 09/09/11 | J | | |
| 91. -Barrick Gold Corp. (ABX) | | | | | Sold | 09/09/11 | J | | |
| 92. -Coeur D' Alene Mines Corp. Idaho (CDE) | | | | | Sold | 09/09/11 | J | | |
| 93. -Continental Resources (CLR) | | | | | Sold | 09/09/11 | J | | |
| 94. -Hess Corporation (HES) | | | | | Sold | 09/09/11 | J | A | |
| 95. -Johnson & Johnson (JNJ) | | | | | Sold | 09/09/11 | J | | |
| 96. -McDermott International (MDR) | | | | | Sold | 09/09/11 | J | | |
| 97. -The Western Union Co. (WU) | | | | | Sold | 09/09/11 | J | | |
| 98. -Ishares Silver Trust (SLV) (Mutual Fund) | | | | | Sold | 09/09/11 | J | A | |
| 99. -SPDR Gold TR (GLD) (Mutual Fund) | | | | | Sold | 09/09/11 | J | A | |
| 100. -Alnylam Pharmaceuticals (ALNY) | | | | | Sold | 09/09/11 | J | | |
| 101. -Caterpillar Inc (CAT) | | | | | Sold | 09/09/11 | J | | |
| 102. -Coca Cola (KO) | | | | | Sold | 09/09/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MEDLER, MARY ANN L. | 07/12/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  -Devon Energy Group (DVN) | | | | | Sold | 09/09/11 | J | | |
| 104.  -Emerson Electric (EMR) | | | | | Sold | 09/09/11 | J | | |
| 105.  -Goldcorp Inc (GG) | | | | | Sold | 09/09/11 | J | | |
| 106.  -McDonalds Corp (MCD) | | | | | Sold | 09/09/11 | J | | |
| 107.  -Murphy Oil Corp (MUR) | | | | | Sold | 09/09/11 | K | B | |
| 108.  -Newmont Mining Corp (NEM) | | | | | Sold | 09/09/11 | J | | |
| 109.  -Proctor & Gamble (PG) | | | | | Sold | 09/09/11 | J | | |
| 110.  -Suncor Energy (SU) | | | | | Sold | 09/09/11 | J | A | |
| 111.  -WalMart Stores (WMT) | | | | | Sold | 09/09/11 | J | | |
| 112.  -Wynn Resorts (WYNN) | | | | | Sold | 09/09/11 | J | | |
| 113.  -Canadian Natural Res (CNQ) | | | | | Sold | 09/09/11 | J | | |
| 114.  -Int'l Business Machines (IBM) | | | | | Sold | 09/09/11 | J | | |
| 115.  -Silver Wheaton Corp (SLW) | | | | | Sold | 09/09/11 | J | B | |
| 116.  -Deere & Co (DE) | | | | | Sold | 09/09/11 | J | | |
| 117.  -Fluor Corp (FLR) | | | | | Sold | 09/09/11 | J | A | |
| 118.  -MGM Mirage (MGM) | | | | | Sold | 09/09/11 | J | | |
| 119.  -Novagold Resources Inc (NG) | | | | | Sold | 09/09/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MEDLER, MARY ANN L. | 07/12/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -SunPower Corp (SPWRA) | | | | | Sold | 09/09/11 | J | A | |
| 121. -United Continental Hldg (UAL) | | | | | Sold | 09/09/11 | J | | |
| 122. -Advanced Micro Devices (AMD) | | | | | Sold | 09/09/11 | J | | |
| 123. -Allstate Corp (ALL) | | | | | Sold | 09/09/11 | J | A | |
| 124. -AOL Inc (AOL) | | | | | Sold | 09/09/11 | J | | |
| 125. -Babcock & Wilcox Co (BWC) | | | | | Sold | 09/09/11 | J | | |
| 126. -Babcock & Wilcox Co (BWC) | | | | | Sold | 09/09/11 | J | | |
| 127. -Boeing Co (BA) | | | | | Sold | 09/09/11 | J | A | |
| 128. -Citidel Broadcasting Corp (CTDBQ) | | | | | Sold | 09/09/11 | J | | |
| 129. -Citigroup (C) | | | | | Sold | 09/09/11 | J | A | |
| 130. -Dr. Pepper Snapple Group (DPS) | | | | | Sold | 09/09/11 | J | | |
| 131. -EBay Inc (EBAY) | | | | | Sold | 09/09/11 | J | | |
| 132. -Exxon Mobil (XOM) | | | | | Sold | 09/09/11 | J | | |
| 133. -Intel Corp (INTC) | | | | | Sold | 09/09/11 | J | A | |
| 134. -Iridium Communications Inc (IRDM) | | | | | Sold | 09/09/11 | J | | |
| 135. -Las Vegas Sands Corp (LVS) | | | | | Sold | 09/09/11 | J | | |
| 136. -McMoran Exploration Co (MMR) | | | | | Sold | 09/09/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MEDLER, MARY ANN L. | 07/12/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Merck & Co (MRK) | | | | | Sold | 09/09/11 | J | | |
| 138. -Mosaic Co (MOS) | | | | | Sold | 09/09/11 | J | | |
| 139. -Nalco Holding (NLC) | | | | | Sold | 09/09/11 | J | | |
| 140. -Noble Energy Inc (NBL) | | | | | Sold | 09/09/11 | J | | |
| 141. -Novellus Sys Inc (NVLS) | | | | | Sold | 09/09/11 | J | | |
| 142. -Saic Inc (SAI) | | | | | Sold | 09/09/11 | J | | |
| 143. -Volkswagen AG (VLK) | | | | | Sold | 09/09/11 | J | | |
| 144. -PowerShares DB Agriculture Fund (Limited Partnership) | | | | | Buy | 03/23/11 | J | | |
| 145. -PowerShares DB Agriculture Fund (Limited Partnership) | | | | | Sold | 08/22/11 | J | | |
| 146. *TFA IRA V | | | | | Closed | 09/09/11 | N | D | |
| 147. -Accenture PLC (ACN) | | | | | Sold | 09/09/11 | J | | |
| 148. -Alcatel Lucent Spon Adr (ALU) | | | | | Sold | 09/09/11 | J | | |
| 149. -Anheuser Busch In-Bev (AHBIY) or (BUD) | | | | | Sold | 09/09/11 | J | A | |
| 150. -Antofagasta PLC (ANFGY) | | | | | Sold | 09/09/11 | J | | |
| 151. -Arcelormittal SA Luxembourg (MT) | | | | | Sold | 09/09/11 | J | B | |
| 152. -BASF SE (BASFY) | | | | | Sold | 09/09/11 | J | A | |
| 153. -Banco Santander (Brazil) (BSBR) | | | | | Sold | 09/09/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MEDLER, MARY ANN L. | 07/12/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  -Canon Inc. (CAJ) | | | | | Sold | 09/09/11 | J | | |
| 155.  -Credit Suisse Group (CS) | | | | | Sold | 09/09/11 | J | | |
| 156.  -Deutsche Borse AG ADR (DBOEY) | | | | | Sold | 09/09/11 | J | | |
| 157.  -HSBC Holdings (HBC) | | | | | Sold | 09/09/11 | J | | |
| 158.  -Jupiter Telecommunications (JUPIY) | | | | | Sold | 09/09/11 | J | A | |
| 159.  -Kao Corp. (KCRPY) | | | | | Sold | 09/09/11 | J | | |
| 160.  -KDDI Corp. (KDDIY) | | | | | Sold | 09/09/11 | J | | |
| 161.  -Potash Corp. of Saskatchewan (POT) | | | | | Sold | 09/09/11 | J | | |
| 162.  -Reed Elsevier (RUK) | | | | | Sold | 09/09/11 | J | | |
| 163.  -SGS Ltd (SGSOY) | | | | | Sold | 09/09/11 | J | | |
| 164.  -Sage Group (SGPYY) | | | | | Sold | 09/09/11 | J | | |
| 165.  -Schneider Electric (SBGSY) | | | | | Sold | 09/09/11 | J | | |
| 166.  -Smith & Nephew (SNN) | | | | | Sold | 09/09/11 | J | | |
| 167.  -Sodexo (SDXAY) | | | | | Sold | 09/09/11 | J | | |
| 168.  -Sun Hung Kai Properties (SUHJY) | | | | | Sold | 09/09/11 | J | | |
| 169.  -Swedbank AB (SWDBY) | | | | | Sold | 09/09/11 | J | | |
| 170.  -Fresenius Medical Care (FMS) | | | | | Sold | 09/09/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MEDLER, MARY ANN L. | 07/12/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -Novartis AG (NVS) | | | | | Sold | 09/09/11 | J | | |
| 172. -Novo Nordisk (NVO) | | | | | Sold | 09/09/11 | J | | |
| 173. -Tesco Plc (TSCDY) | | | | | Sold | 09/09/11 | J | | |
| 174. -Vodafone Groupe (VOD) | | | | | Sold | 09/09/11 | J | | |
| 175. -Willis Group (WSH) | | | | | Sold | 09/09/11 | J | | |
| 176. -Experian Group LTD (EXPGY) | | | | | Sold | 09/09/11 | J | | |
| 177. -Nestle (NSRGY) | | | | | Sold | 09/09/11 | J | | |
| 178. -SAP Aktiengesellschaft (SAP) | | | | | Sold | 09/09/11 | J | | |
| 179. -TNT NV (TNTTY) | | | | | Sold | 09/09/11 | J | | |
| 180. -Barrick Gold Corp (ABX) | | | | | Sold | 09/09/11 | J | | |
| 181. -CNOOC Ltd (CEO) | | | | | Sold | 09/09/11 | J | | |
| 182. -China Mobil (CHL) | | | | | Sold | 09/09/11 | J | | |
| 183. -Diageo PLC(DEO) | | | | | Sold | 09/09/11 | J | | |
| 184. -KoninKlijke Ahold NV (AHONY) | | | | | Sold | 09/09/11 | J | | |
| 185. -Roche Holdings (RHHBY) | | | | | Sold | 09/09/11 | J | | |
| 186. -Siemens AG (SI) | | | | | Sold | 09/09/11 | J | | |
| 187. -Sociedad Quimica Yminera de Chile (SQM) | | | | | Sold | 09/09/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| MEDLER, MARY ANN L. | 07/12/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -Unilever NV (UN) | | | | | Sold | 09/09/11 | J | | |
| 189. -Akzo Nobel NV (AKZOY) | | | | | Sold | 09/09/11 | J | | |
| 190. -Ashai Kasei Corp (AHKSY) | | | | | Sold | 09/09/11 | J | | |
| 191. -Bank of China (BACHY) | | | | | Sold | 09/09/11 | J | | |
| 192. -Beijing Enterprises Holdings (BJINY) | | | | | Sold | 09/09/11 | J | | |
| 193. -BG Group Plc (BRGYY) | | | | | Sold | 09/09/11 | J | | |
| 194. -BNP Paribas (BNPQY) | | | | | Sold | 09/09/11 | J | | |
| 195. -Cenovus Energy Inc (CVE) | | | | | Sold | 09/09/11 | J | | |
| 196. -China Information Technology (CNIT) | | | | | Sold | 09/09/11 | J | | |
| 197. -Corus Entertainment (CJREF) | | | | | Sold | 09/09/11 | J | | |
| 198. -Fujitsu Limited (FJTSY) | | | | | Sold | 09/09/11 | J | | |
| 199. -Gafisa SA (GFA) | | | | | Sold | 09/09/11 | J | | |
| 200. -Givaudan SA (GVDNY) | | | | | Sold | 09/09/11 | J | | |
| 201. -Linde A G (LNEGY) | | | | | Sold | 09/09/11 | J | | |
| 202. -LVMH Moet Hennessey Louis Vuitton (LVMUY) | | | | | Sold | 09/09/11 | J | | |
| 203. -Makita Corp (MKTAY) | | | | | Sold | 09/09/11 | J | | |
| 204. -Michelin Compagnie Generale (MGDDY) | | | | | Sold | 09/09/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MEDLER, MARY ANN L. | 07/12/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  -MTN Group (MTNOY) | | | | | Sold | 09/09/11 | J | | |
| 206.  -New Gold Inc (NGD) | | | | | Sold | 09/09/11 | J | | |
| 207.  -Royal Dutch Shell (RDSA) | | | | | Sold | 09/09/11 | J | | |
| 208.  -Rio Tinto Plc (RIO) | | | | | Sold | 09/09/11 | J | | |
| 209.  -Silver Wheaton Corp (SLW) | | | | | Sold | 09/09/11 | J | | |
| 210.  -Sony Corp (SNE | | | | | Sold | 09/09/11 | J | | |
| 211.  -Teck Resources (TCK) | | | | | Sold | 09/09/11 | J | | |
| 212.  -Teva Pharmaceuticals Inds. (TEVA) | | | | | Sold | 09/09/11 | J | | |
| 213.  -Turkiye Garanti Bankasi (TKGBY) | | | | | Sold | 09/09/11 | J | | |
| 214.  -Valeo Sponsored (VLEEY) | | | | | Sold | 09/09/11 | J | | |
| 215.  *TFA IRA VI | None | N | T | | | | | | |
| 216.  -IShares TR Barclys Tips (TIP) | | | | | Buy | 01/18/11 | J | | |
| 217.  -IShares TR Barclys Tips (TIP) | | | | | Sold | 10/07/11 | J | | |
| 218.  -IShares TR Russell Mid Cap (IWR) | | | | | Buy (add'l) | 10/07/11 | J | | |
| 219.  -IShares TR Russell Mid Cap (IWR) | | | | | Sold (part) | 04/14/11 | J | | |
| 220.  -IShares TR Russell 1000 Grw (IWF) | | | | | Buy (add'l) | 10/07/11 | J | | |
| 221.  -IShares TR Russell 1000 Grw (IWF) | | | | | Sold (part) | 07/14/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222.  -IShares TR S&P Sml Cap 600 (IJR) | | | | | Buy (add'l) | 10/07/11 | J | | |
| 223.  -IShares TR S&P Sml Cap 600 (IJR) | | | | | Sold (part) | 07/14/11 | J | | |
| 224.  -SPDR Index Shrs FDS-DJ Intl RE (RWX) | | | | | Buy (add'l) | 10/07/11 | J | | |
| 225.  -SPDR Index Shrs FDS-DJ Intl RE (RWX) | | | | | Sold (part) | 07/14/11 | J | | |
| 226.  -SPDR Index Shrs FDS S&P Intl Small Cap (GWX) | | | | | Buy (add'l) | 07/14/11 | J | | |
| 227.  -SPDR Series Trust Brclys Yld ETF(JNK) | | | | | Buy | 05/18/11 | J | | |
| 228.  -SPDR Series Trust Brclys Yld ETF(JNK) | | | | | Buy (add'l) | 12/12/11 | J | | |
| 229.  -SPDR Series Trust Brclys Yld ETF(JNK) | | | | | Sold (part) | 10/07/11 | J | | |
| 230.  -Vanguard BD Index Fund (BND) | | | | | Buy (add'l) | 04/14/11 | L | | |
| 231.  -Vanguard BD Index Fund (BND) | | | | | Buy (add'l) | 12/07/11 | J | | |
| 232.  -Vanguard BD Index Fund (BND) | | | | | Sold (part) | 10/07/11 | J | | |
| 233.  -Vanguard Index FDS REIT (VNQ) | | | | | Buy (add'l) | 11/18/11 | K | | |
| 234.  -Vanguard Index FDS REIT (VNQ) | | | | | Buy (add'l) | 10/07/11 | J | | |
| 235.  -Vanguard Index FDS REIT (VNQ) | | | | | Sold (part) | 07/14/11 | J | | |
| 236.  -Vanguard Index FDS Value (VTV) | | | | | Buy (add'l) | 07/14/11 | L | | |
| 237.  -Vanguard Index FDS Value (VTV) | | | | | Buy (add'l) | 10/07/11 | J | | |
| 238.  -Vanguard Index FDS Value (VTV) | | | | | Sold (part) | 04/14/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. -Vanguard Intl Equity Index (VWO) | | | | | Buy (add'l) | 10/07/11 | K | | |
| 240. -Vanguard Intl Equity Index (VWO) | | | | | Sold (part) | 01/18/11 | J | | |
| 241. -Vanguard Tax Managed FD (VEA) | | | | | Buy (add'l) | 10/07/11 | K | | |
| 242. -Vanguard Tax Managed FD (VEA) | | | | | Sold (part) | 04/14/11 | J | | |
| 243. -Vanguard Tax Managed FD (VEA) | | | | | Sold (part) | 01/18/11 | J | | |
| 244. -SPDR Index Shares FDS & S&P EMKTSC ETF(EWX) | | | | | Buy | 01/18/11 | J | | |
| 245. -SPDR Index Shares FDS & S&P EMKTSC ETF(EWX) | | | | | Buy (add'l) | 04/14/11 | J | | |
| 246. -SPDR Index Shares FDS & S&P EMKTSC ETF(EWX) | | | | | Buy (add'l) | 07/14/11 | J | | |
| 247. -SPDR Index Shares FDS & S&P EMKTSC ETF(EWX) | | | | | Buy (add'l) | 10/07/11 | J | | |
| 248. -SPDR Index Shares FDS & S&P EMKTSC ETF(EWX) | | | | | Buy (add'l) | 12/16/11 | J | | |
| 249. *TFA IRA VII | None | | N | T | | | | | |
| 250. -Futures Portfolio FD Class A Limited P-Ship | | | | | | | | | |
| 251. -Griffin-American H/C REIT II fka Grubb&Ellis H/C REIT II | | | | | | | | | |
| 252. -Healthcare Trust of America Inc | | | | | | | | | |
| 253. *TFA IRA VIII (New) | None | | O | T | | | | | |
| 254. -Select Sector SPDR TR SBI Cons STPLS(XLP) | | | | | Buy | 09/12/11 | L | | |
| 255. -Select Sector SPDR TR SBI Healthcare (XLV) | | | | | Buy | 10/31/11 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. -Select Sector SPDR TR SBI Int. Utils (XLU) | | | | | Buy | 09/12/11 | L | | |
| 257. -SPDR Series Trust Brclys 1-3 MT ETF (BIL) | | | | | Buy | 09/12/11 | K | | |
| 258. -Vanguard BD Index Fund Inc Intermed.Term (BIV) | | | | | Buy | 09/12/11 | K | | |
| 259. -Vanguard BD Index Fund Inc Long Term Bond (BLV) | | | | | Buy | 09/12/11 | K | | |
| 260. -Vanguard BD Index Fund Inc Short Term Bond (BSV) | | | | | Buy | 09/12/11 | K | | |
| 261. -Vanguard BD Index Fund Inc Total Bnd Mrkt (BND) | | | | | Buy | 09/12/11 | K | | |
| 262. -Vanguard Index Fds Extend Mkt ETF (VXF) | | | | | Buy | 09/12/11 | K | | |
| 263. -Vanguard Index Fds Growth ETF (VUG) | | | | | Buy | 09/12/11 | K | | |
| 264. -Vanguard Index Fds S&P500 ETF SH(VOO) | | | | | Buy | 09/12/11 | K | | |
| 265. -Vanguard Index Fds Small Cap ETF (VB) | | | | | Buy | 09/12/11 | J | | |
| 266. -Vanguard Index Fds Total Stk Mkt (VTI | | | | | Buy | 09/12/11 | K | | |
| 267. -Vanguard Index Fds Value ETF (VTV) | | | | | Buy | 09/12/11 | K | | |
| 268. -Vanguard Intl Equity Index F MSCI EMR MKT ETF(VW0) | | | | | Buy | 09/12/11 | K | | |
| 269. -Vanguard Intl Equity Index F MSCI Europe ETF(VGK) | | | | | Buy | 09/12/11 | J | | |
| 270. -Vanguard Intl Equity Index F MSCI PAD ETF (VPL) | | | | | Buy | 09/12/11 | K | | |
| 271. -Vanguard Scottsdale Fds Int-term Corp (VCIT) | | | | | Buy | 09/12/11 | J | | |
| 272. -Vanguard Scottsdale Fds Shtrm Gvt. Bd. ETF (VGSH) | | | | | Buy | 09/12/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MEDLER, MARY ANN L. | 07/12/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273.  -Vanguard Tax Managed Intl. Fd. MSCI EAFE ETF (VEA) | | | | | Buy | 09/12/11 | K | | |
| 274.  *TFA - BROKERAGE | C | Dividend | N | T | | | | | |
| 275.  -Ameriprise Financial (AMP) | | None | | | Sold | 07/05/11 | J | D | |
| 276.  -Be Aerospace (BEAV) | | None | J | T | | | | | |
| 277.  -Brookfield Properties (BPO) | | None | | | Sold | 11/07/11 | J | C | |
| 278.  -CNH Global NV (CNH) | | None | | | Sold | 08/09/11 | J | C | |
| 279.  -Choice Hotels Intl (CHH) | | None | | | Sold | 05/05/11 | J | B | |
| 280.  -Ford Motor Co. (F) | | None | | | Sold | 08/09/11 | J | C | |
| 281.  -Macy's (M) | | None | | | Sold | 04/06/11 | J | C | |
| 282.  -Riverbed Technology (RVBD) | | None | | | Sold | 09/09/11 | J | | |
| 283.  -Salesforce.com, Inc. (CRM) | | None | | | Sold | 12/06/11 | K | D | |
| 284.  -Starwood Hotels & Resorts (HOT) | | None | | | Sold | 05/05/11 | J | C | |
| 285.  -Nike Inc (NKE) | | None | | | Sold | 05/05/11 | J | B | |
| 286.  -Progressive Corp (PGR) | | None | | | Sold | 02/04/11 | J | B | |
| 287.  -TJX Companies (TJX) | | None | | | Sold | 02/04/11 | J | | |
| 288.  -Boeing Co (BA) | | None | | | Sold | 01/04/11 | J | | |
| 289.  -CB Richard Ellis (CBG) | | None | | | Sold | 10/06/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,000 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MEDLER, MARY ANN L. | 07/12/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. -CBS Corp (CBS) | A | Dividend | J | T | | | | | |
| 291. -Citrix Sys Inc (CTXS) | | None | | | Sold | 10/06/11 | J | C | |
| 292. -Coach Inc (COH) | A | Dividend | J | T | | | | | |
| 293. -Digital Realty Tr. Inc (DLR) | | None | | | Sold | 01/04/11 | J | | |
| 294. -DTE Energy (DTE) | | None | | | Sold | 03/07/11 | J | A | |
| 295. -Flowserve Corp (FLS) | | None | | | Sold | 09/09/11 | J | | |
| 296. -Holly Frontier Corp. (HFC) f.k.a Holly Corp (HOC) | A | Dividend | J | T | | | | | |
| 297. -Informatica Corp (INFA) | | None | | | Sold | 10/06/11 | K | D | |
| 298. -Kansas City Southern (KSU) | | None | J | T | | | | | |
| 299. -NII Holdings (NIHD) | | None | | | Sold | 03/07/11 | J | | |
| 300. -OGE Energy Corp (OGE) | A | Dividend | J | T | | | | | |
| 301. -Precision Castparts (PCP) | | | | | Sold | 03/07/11 | K | E | |
| 302. -Protective Life Corp (PL) | | None | | | Sold | 08/09/11 | J | | |
| 303. -Royal Caribbean Cruises (RCL) | | None | | | Sold | 07/05/11 | J | C | |
| 304. -Ruddick Corp (RDK) | A | Dividend | J | T | | | | | |
| 305. -SBA Communications Corp (SBAC) | | None | | | Sold | 08/09/11 | J | A | |
| 306. -Solera Communications (SLH) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MEDLER, MARY ANN L. | 07/12/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. -Starbucks Corp (SBUX) | A | Dividend | J | T | | | | | |
| 308. -Terex Corp (TEX) | | None | | | Sold | 09/09/11 | J | | |
| 309. -United Nat. Foods (UNFI) | | None | | | Sold | 12/06/11 | J | A | |
| 310. -Whole Foods Mkt (WFM) | | None | K | T | | | | | |
| 311. -Williams Sonoma (WSM) | A | Dividend | J | T | | | | | |
| 312. -Woodward Inc (WWD) | | None | | | Sold | 06/03/11 | J | | |
| 313. -Agrium Inc (AGU | | None | J | T | Buy | 03/07/11 | J | | |
| 314. -American Express (AXP) | | None | J | T | Buy | 11/07/11 | J | | |
| 315. -American Water Works (AWK) | | None | J | T | Buy | 12/06/11 | J | | |
| 316. -Amgen Inc (AMGN) | | None | J | T | Buy | 09/09/11 | J | | |
| 317. -Beam Inc (BEAM) | | None | J | T | Buy | 05/05/11 | J | | |
| 318. -Bristol-Myers Squibb Co (BMY) | | None | J | T | Buy | 12/06/11 | J | | |
| 319. -Cardinal Health (CAH) | | None | J | T | Buy | 05/05/11 | J | | |
| 320. -Church & Dwight Co (CHD) | | None | J | T | Buy | 12/06/11 | J | | |
| 321. -Coventry Health Care (CVH) | | None | J | T | Buy | 12/06/11 | J | | |
| 322. -CVS Caremark (CVS) | | None | J | T | Buy | 09/09/11 | J | | |
| 323. -Exelon Corp (EXC) | | None | J | T | Buy | 12/06/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MEDLER, MARY ANN L. | 07/12/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. -Exxon Mobil (XOM) | | None | J | T | Buy | 06/03/11 | J | | |
| 325. -Flowers Foods (FLO) | | None | K | T | Buy | 10/06/11 | J | | |
| 326. -Gilead Sciences (GILD) | | None | J | U | Buy | 08/09/11 | J | | |
| 327. -Haemonetics Corp (HAE) | | None | J | T | Buy | 08/09/11 | J | | |
| 328. -Monsanto Co (MON) | | None | J | T | Buy | 11/07/11 | J | | |
| 329. -Moody's Corp (MCO) | | None | J | T | Buy | 10/06/11 | J | | |
| 330. -NASDAQ OMX Group (NDAQ) | | None | J | T | Buy | 05/05/11 | J | | |
| 331. -National Grid (NGG) | | None | J | T | Buy | 08/09/11 | J | | |
| 332. -NCR Corp (NCR) | | None | J | T | Buy | 10/06/11 | J | | |
| 333. -Norfolk Southern (NSC) | | None | J | T | Buy | 11/07/11 | J | | |
| 334. -Northeast Utilities (NU) | | None | J | T | Buy | 09/09/11 | J | | |
| 335. -Oneok Inc (OKE) | | None | J | T | Buy | 11/07/11 | J | | |
| 336. -Sara Lee Corp (SLE) | | None | J | T | Buy | 08/09/11 | J | | |
| 337. -Stericycle Inc (SRCL) | | None | J | T | Buy | 03/07/11 | J | | |
| 338. -TELUS Corp (TU) | | None | J | T | Buy | 10/06/11 | J | | |
| 339. -Unilever NV (UN) | | None | K | T | Buy | 11/07/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 24 of 25

Name of Person Reporting

MEDLER, MARY ANN L.

Date of Report

07/12/2012

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII. All stocks are common stocks unless otherwise noted.

VII. Page 4, Line 2 - Merrill Lynch Brokerage Account:  the assets of this account are set out at Lines 3-22.

VII. Page 5, Line 23 - John Hancock Financial Services (IRA) - The assets of this account are set out at Lines 24-31.

VII. Page 5, Line 34 - TFA-IRA is one IRA but is managed by  different money managers.  I formerly designated it as TFA-IRA I through V.  Last year I closed 2 of the accounts (I and III) and rolled the proceeds into 2 new accounts with new money managers.     I designated the new accounts as TFA-IRA VI and VII. This year I closed 2 more accounts (IV and V).  I designated a new account as TFA VIII.

VII. Page 6, Line 35 - TFA IRA II:  the assets managed by this manager are set out at Lines 36-86.

VII. Page 9, Line 87 - TFA IRA IV:  the assets managed by this manager were sold and the account was closed 9/09/2011.

VII. Page 12, Line 146 - TFA IRA V:  the assets managed by this manager were sold and the account was closed 9/09/11

VII. Page 16, Line 215 - TFA IRA VI:  the assets managed by this manager are set out at Lines 216-248.

VII. Page 18, Line 249 - TFA IRA VII:  the assets managed by this money manager are set out at lines 250-252.

VII. Page 18, Line 253 - TFA IRA VIII:  the assets managed by this money manager are set out at line 254-273.

VII. Page 20, Line 274 - TFA Brokerage:  the assets of this account are set out at Lines 275-339.

VII. Lines 1, 2, 32, 33 and 274:  these assets are owned by a Revocable Trust of which I am the Trustee.

In your Letter of Inquiry regarding my 2011 report, dated 5/2/12,  you state:
"In Part VII,  page 13, lines 155 and 156,  in your prior report  [dated 8/20/11],  you listed 'Idexx Labs, Inc. (IDXX)' and 'Range Resources Corp (RRC)' but you did not include these assets in your current report."
My amended report, dated 8/29/11, showed that IRA III, in which these assets were held, was "Closed, 6/9/10,  N,  D."  See line 124.  Line 155 should have read "Sold, 4/30/10,  J,  A."  Line 156 should have read  "Sold, 4/30/10,  J,  A."  These were inadvertent errors.
My current report, dated 5/2/12,  did not reflect these assets because the IRA in which they were held was closed and the assets sold.  I apologize for any inconvenience this may have caused.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ MARY ANN L. MEDLER**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544